1  JERRY KAPLAN, ESQ., CA Bar No. 49142
   JOSEPH BENINCASA, ESQ., CA Bar No. 251347
2  KAPLAN, KENEGOS & KADIN
   Attorneys at Law
3  9150 Wilshire Boulevard, Suite 175
   Beverly Hills, California 90212
4  Telephone: (310) 859-7700
   Facsimile: (310) 859-7773
5  Email: kapkenkd@pacbell.net

6  Attorneys for Defendant
   MICHAEL BLACKWELL
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

10
                                    )
11 UNITED STATES OF AMERICA,         )  CASE NO.  CR-10-021-JFC;
                                     )            CR-09-273-JFC
12               Plaintiff,          )
                                     )
13 vs.                               )  **NOTICE OF DOCUMENT DISCLOSURE**
                                     )
14                                   )
                                     )
15 MICHAEL BLACKWELL, et al.         )
                                     )
16               Defendant.          )
   _____)
17

18

19      Defendant Michael Blackwell, through counsel, gives notice

20 of compliance with the Court's October 9, 2013, Order regarding

21 disclosure of materials referenced in defendant's brief filed at

22 ECF. No. 719.

23      The materials referenced in that brief and requested by the

24 government involve two sets of records that have been in the

25 government's possession since before defendant's filing.

26      The first set of records is the pen register data that was

27 provided to the defendant from the government, and has,

28
                                   1
                      **NOTICE OF DOCUMENT DISCLOSURE**

1  presumably, been in their possession since 2009.

2      The second set of materials is the call detail records of
3  defendant Blackwell's phone ending in 0259 which was express
4  mailed to the government on July 2, 2013, three months ago.

5      Defendant also mailed those same records to the government
6  and the Court at the time of the filing of defendant's brief,
7  which were received by the government on October 8, 2013.
8  Defense counsel also informed Ms. Johnston that the data was
9  already in her possession and consisted only of the pen registers
10 and the call detail records in an email of October 9, 2013.

11     Based on the requests of the government for time and of the
12 October 9, 2013, Order of the Court, defense counsel assumes that
13 hearing currently scheduled for November 1, 2013, will need to be
14 continued.  Counsel does not oppose such a continuance and is
15 available via email or telephone conference to discuss a hearing
16 date convenient to the parties.

17
18 Date: October 18, 2013          Respectfully submitted,
19
20                                       /s/ Jerry Kaplan
                                  JERRY KAPLAN
                                  JOSEPH BENINCASA
                                  Attorney for Defendant
                                  MICHAEL BLACKWELL

**NOTICE OF DOCUMENT DISCLOSURE**